910

No. 747. United Aircraft Corp. (Hamilton Standard Division) *v.* National Labor Relations Board. C. A. 2d Cir. Certiorari denied. *Joseph C. Wells* and *Winthrop A. Johns* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 752. New York Foreign Freight Forwarders & Brokers Association, Inc., et al. *v.* United States et al. C. A. 2d Cir. Certiorari denied. *Gerald H. Ullman* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Irwin A. Seibel, Milan C. Miskovsky* and *Jerome B. Blum* for the United States et al.

No. 753. Kit Manufacturing Co., Inc. *v.* National Labor Relations Board. C. A. 9th Cir. Certiorari denied. *T. H. Eberle* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Melvin Pollack* for respondent.

No. 758. Marsh *v.* Kansas. Sup. Ct. Kan. Certiorari denied. *Donald I. Mitchell* and *Russell Shultz* for petitioner. *William M. Ferguson,* Attorney General of Kansas, and *J. Richard Foth,* Assistant Attorney General, for respondent.

No. 773. KWK Radio, Inc. *v.* Federal Communications Commission. C. A. D. C. Cir. Certiorari denied. *Jack P. Blume* and *Arthur M. Solomon* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Henry Geller* and *Daniel R. Ohlbaum* for respondent.